FILED

2008 JAN 15 AM 11: 04

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF WAYNE FUNK, M.D. 2606 FLETCHER PARKWAY EL CAJON, CA 92020 | Magistrate's Docket No. Case No. **'08 MJ 0108** |

### AFFIDAVIT FOR ADMINISTRATIVE INSPECTION WARRANT

Darin M. White, being duly sworn, deposes and says:

1. This affidavit seeks an administrative inspection warrant, pursuant to 21 U.S.C. § 880 et seq., of WAYNE FUNK, M.D.'s current place of business, 2606 Fletcher Parkway, El Cajon, California 92020. Pursuant to 21 U.S.C. § 880(b)(1), the purpose is to verify the correctness of controlled substance inventories, records, reports and other documents required to be kept under the Controlled Substances Act and for the purposes of protecting the public health and safety. Title 21, United States Code, § 880(d) states that any judge of the United States or any United States Magistrate Judge may, within his territorial jurisdiction, and upon proper oath or affirmation showing probable cause, issue warrants for the purposes of conducting administrative inspections and seizures of property appropriate to such inspections: "For the purposes of this section, the term 'probable cause' means a valid public interest in the effective enforcement of this subchapter or regulations thereunder sufficient to justify administrative inspections of the area, premises, building, or conveyance, or contents thereof, in the circumstances specified in the application for the warrant." Based on the facts set forth below, I believe there is probable cause for the requested warrant.

2. Affiant is a duly appointed Diversion Investigator of the Drug Enforcement Administration (DEA), United States Department of Justice, currently assigned to the San Diego Field Division Office (SDFD), San Diego, California, and has been so employed for approximately four years. During this time, the affiant has completed an intensive 12-week training academy, which provided affiant with a background and basis of knowledge relating to the investigation of narcotic related crimes, including but not limited to, the importation and distribution of controlled substances in violation of Title 21 of the United States Code. I am currently assigned to the San Diego Field Division and have been so assigned throughout that time. During this time, I have investigated illicit controlled substance pharmaceutical trafficking in San Diego and surrounding areas. In the course of my employment, I have become familiar with the ordinary meaning of controlled substance pharmaceutical slang and jargon, the way prescription forms are written by physicians, dentists, and veterinarians and how these forms are stolen, forged or altered by those seeking to divert pharmaceuticals for illicit sales and consumption, and how prescriptions are normally filled and how pharmaceuticals are obtained, maintained, and how records are kept and audited by physicians.

3. Pursuant to Title 21, United States Code, Sections 878(a)(2) and 880(b), and Title 28, Code of Federal Regulations, Appendix to Subpart R, Part O, Section 3, your affiant is authorized to execute administrative inspection warrants for the purpose of inspecting controlled premises of persons and firms registered under the Controlled Substances Act (21 U.S.C. § 800 et seq.) in order to inspect, copy, and verify the correctness of all records, reports, and other documents required to be kept or made under Title 21, United States Code, § 827, and §1304 et seq., Title 21, Code of Federal Regulations.

4. WAYNE FUNK, M.D. is an individual registered under the provisions of the Controlled Substances Act, Title 21, United States Code, Sections 822 and 823 et seq., as a practitioner and is assigned DEA Registration Number AF0258358 in Schedules 2, 2N, 3, 3N, 4 and 5. Dr. FUNK's registered principal place of business is 2606 Fletcher Parkway, El Cajon, CA 92020 (more specifically described in the warrant, incorporated herein). This place of

business is a controlled premise within the meaning of Title 21, United States Code, Sections 880(a), and Title 21, Code of Federal Regulations, Section 1316.02(c).

5. WAYNE FUNK, M.D. is required to keep complete and accurate records of all controlled substances received, prescribed, dispensed, purchased, delivered or otherwise disposed of, pursuant to Title 21, United States Code, Sections 827, and Title 21, Code of Federal Regulations, Parts 1304 et seq.

6. The affiant has examined the files and records of the DEA and has determined that WAYNE FUNK, M.D. since being registered with the DEA has never been inspected.

7. On or about October 19, 2007, the SDFD received an anonymous complaint that Dr. FUNK was over-prescribing controlled substances and would write prescriptions for "any" controlled substance that was requested.

8. On December 19, 2007, the SDFD received additional information regarding Dr. FUNK. The information came in the form of a letter from the Department of Veterans Affairs (DVA) that a patient of Dr. FUNK's was interested in treatment in order to detox from Xanax. Xanax is the brand name for the Scehdule IV prescription anti-anxiety prescription drug alprazolam. The patient reported to the DVA that Dr. FUNK had prescribed the patient large quantities of Xanax. In addition to prescribing Xanax, the patient claimed that Dr. FUNK offered to sell the patient Xanax directly from Dr. FUNK's office.

9. On December 28, 2007, the affiant conducted a review of the Controlled Substance Utilization Review and Evaluation System (CURES). The CURES, monitored by the California Department of Justice, maintains Schedule II, Schedule III, and Schedule IV prescription information that is received from California Pharmacies. A review of Dr. FUNK's CURES records indicated that Dr. FUNK did regularly prescribe alprazolam (Xanax). According to CURES, from January 1, 2007, through December 19, 2007, patients of Dr. FUNK filled two-hundred and fifty-four (254) alprazolam (Xanax) prescriptions or refills.

10. I seek to inspect Dr. Wayne FUNK's records to verify alprazolam (Xanax) and other controlled substances are being properly handled.

11. The inspection will be conducted within regular business hours, that the Diversion Investigator's credentials will be presented to the registrant, the inspection will begin as soon as practicable after the issuance of the warrant and will be competed with reasonable promptness, and that the warrant will be returned within ten (10) days.

12. The inspection will extend to the inspection and copying of inventories, records, reports, order forms, invoices, and other documents required to be kept and the inspection of all other things therein, including records, files, and papers, which are appropriate for the verification of the records, reports, and documents required to be kept under the Controlled Substances Act. The inspection will also extend to the inspection and inventory of stocks of finished or unfinished controlled substances, and if necessary, applicable records and/or samples of finished or unfinished controlled substances will be seized.

13. The affiant will be accompanied by one or more Diversion Investigators and DEA Special Agents who are employees of the U.S. Department of Justice, Drug Enforcement Administration, and are authorized by the Attorney General to conduct administrative inspections.

15. Upon the completion of the inspection, a return will be made to the Magistrate Judge who issued the warrant.

//
//
//
//
//
//
//
//
//
//
//

16. The affiant further states that he has verified and has knowledge of the facts alleged in the affidavit, and that they are true to the best of his knowledge.

_____
Darin M. White
Diversion Investigator
United States Department of Justice
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence on ___1-15___, 2008

_____
HON. NITA L. STORMES
United States Magistrate Judge