UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ) <br> ADMINISTRATIVE INSPECTION OF ) <br> WAYNE FUNK, M.D. ) <br> 2606 FLETCHER PARKWAY ) <br> EL CAJON, CA 92020 ) <br> _____ ) | Magistrate's Docket No. 08MJ0108 |

### RETURN OF WARRANT FOR ADMINISTRATIVE INSPECTION

On January 15, 2008, I executed the Administrative Inspection Warrant (No. 08MJ0108) issued by this Court on that same date. Pursuant to the Inspection Warrant, at approximately 1:30 pm, I conducted an Administrative Inspection of the premises described in the Warrant after I provided a copy of the Warrant to Dr. Wayne Funk. During the Inspection, Dr. Funk surrendered his Drug Enforcement Administration (DEA) Registration. Pursuant to the surrender of Dr. Funk's DEA Registration, all controlled substances were seized along with Dr. Funk's controlled substance prescription pads. I also took for the purpose of photocopying, Dr. Funk's controlled substance dispensing log and invoices documenting the purchase of controlled substances.

1    I provided Dr. Funk with a receipt for all of the items seized pursuant to the Warrant. The
2  documents seized pursuant to the Inspection Warrant have already been returned to Dr. Funk.

_____
Darin M. White
Diversion Investigator
United States Department of Justice
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence on January 24, 2008.

_____
Hon. Nita L. Stormes
United States Magistrate Judge

2